# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☐ Under Seal

**Judge Assigned:** MSN

City: Ashburn   Superseding Indictment: ___   **Criminal No.** 1:24-CR-255

County: Loudoun   Same Defendant: ___   New Defendant: XXX

Magistrate Judge Case No.: ___   Arraignment Date: ___

Search Warrant Case No.: ___   R. 20/R. 40 From: ___

## Defendant Information:

**Defendant Name:** ANDREW CORBMAN   Alias(es): ___   ☐ Juvenile   FBI No.: ___

**Address:** Ashburn, VA

**Employment:** ___

**Birth Date:** xx/xx/1971   **SSN:** xxx-xx-4311   **Sex:** Male   **Race:** White   **Nationality:** American

**Place of Birth:** USA   Height: ___   Weight: ___   Hair: ___   Eyes: ___   Scars/Tattoos: ___

☐ Interpreter   **Language/Dialect:** ___   Auto Description: ___

## Location/Status:

**Arrest Date:** ___   ☐ Already in Federal Custody as of: ___   in: ___

☐ Already in State Custody   ☐ On Pretrial Release   ☒ Not in Custody

☐ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond ___

## Defense Counsel Information:

**Name:** Cadence Mertz   ☐ Court Appointed   Counsel Conflicts: ___

**Address:** Federal Public Defender's Office   ☐ Retained

**Phone:** (703) 600-0800   ☒ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Russell L. Carlberg   **Phone:** 703-299-3700   **Bar No.:** ___

**Complainant Agency - Address & Phone No. or Person & Title:**

Federal Bureau of Investigation

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 1341 | Mail Fraud | 1 | Felony |
| Set 2: | | | | |

**Date:** 11/21/2024   **AUSA Signature:** /s/ Russell L. Carlberg   *may be continued on reverse*